**No. 39761.**—Protest 952089–G of L. Bamberger & Co. (New York).

Opinion by TILSON, J. Artificial flowers similar to those involved in *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419 as claimed.